CO-386-online
10/03

# United States District Court
# For the District of Columbia

Students for Sensible Drug Policy )
and Ross Wilson )
)
)
         Plaintiff )    Civil Action No._____
    vs )
)
United States Department of )
Education )
)
         Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Students for Sensible Drug Policy and Ross Wilson  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Students for Sensible Drug Policy and Ross Wilson  which have any outstanding securities in the hands of the public:




These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

490928
BAR IDENTIFICATION NO.

Adina H. Rosenbaum
Print Name

1600 20th St., NW
Address

Washington, DC  20009
City          State        Zip Code

(202) 588-1000
Phone Number