IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STUDENTS FOR SENSIBLE DRUG POLICY, and ROSS WILSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 01-0140 (EGS)<br>)<br>) ECF<br>)<br>)<br>) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER**

Defendant, through undersigned counsel, hereby moves this Court for an extension of time of fourteen (14) days in which defendant must answer the complaint in this case. The reasons for this request are as follows:

1. Defendant's answer is currently due on March 9, 2006.

2. The parties are currently engaged in settlement discussions and need additional time for the negotiation process.

3. Pursuant to Local Rule 7(m), plaintiffs' counsel has advised that she does not object to this extension of time.

Accordingly, defendant requests an extension of time of 14 days to answer the complaint, making a response due on or before March 23, 2006.

Respectfully submitted,


PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

    /s/ Justin M. Sandberg
ARTHUR GOLDBERG (D.C. Bar # 180661)
JUSTIN M. SANDBERG (IL Bar # 6278377)
U.S. Department of Justice, Civil Division
Federal Programs Branch
<u>Mailing Address</u>
P.O. Box 883
Washington, D.C.  20044
<u>Delivery Address</u>
20 Massachusetts Ave., N.W., Room 7224
Washington, D.C.  20001
Telephone: (202) 514-3489
Fax: (202) 616-8202
justin.sandberg@usdoj.gov

<u>Attorneys for Defendant</u>


Dated:  March 7, 2006