IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STUDENTS FOR SENSIBLE DRUG POLICY, and ROSS WILSON, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Civil Action No. 01-140 (EGS) |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) ) ECF ) |
| Defendant. | ) ) ) |

**PROPOSED ORDER**

Upon consideration of defendant's Unopposed Motion for Extension of Time to Answer, it is

ORDERED THAT the motion is granted, and defendant's response to plaintiffs' complaint shall be due on or before March 23, 2006.


DATED: _____

_____
Honorable Emmet G. Sullivan
United States District Judge