UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STUDENTS FOR SENSIBLE DRUG POLICY and ROSS WILSON, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF EDUCATION )<br>)<br>Defendant. )<br>_____ ) | C. A. No. 06-0140 (EGS)<br><br>ECF |

**STIPULATION OF SETTLEMENT AND DISMISSAL**

The parties hereby agree to settle the above-captioned action on the terms delineated below:

1. This stipulation of settlement shall represent full and complete satisfaction of all of plaintiff's claims arising from the allegations set forth in the complaint filed in this action, including but not limited to all claims that have been, or could have been, made in the course of filing the complaint in this action and all claims for costs and attorneys' fees arising therefrom.

2. The defendant agrees to waive all search, review, and reproduction fees associated with Plaintiffs' Freedom of Information (FOIA) request, originally identified as FOIA Request No. 05-00310-F, and later renumbered FOIA Request No. 05-00837-F, and to make all of the requested records available to Plaintiff, without any charge, by March 31, 2006.

3. Each party shall bear its own costs and fees in this litigation.

4. This stipulation of settlement shall not constitute an admission of liability or fault on the part of the United States, its agent, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks

of further litigation.

5. Execution of the stipulation of settlement by the parties or their counsel shall constitute a dismissal of this action with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), except that this Court shall retain jurisdiction to resolve any claim of noncompliance with the terms of this stipulation.

Respectfully submitted,

| | |
|---|---|
| s/ Adina H. Rosenbaum | Peter D. Keisler |
| Adina H. Rosenbaum, D.C. Bar No. 490928 | Assistant Attorney General |
| Brian Wolfman, D.C. Bar No. 427491 | |
| Public Citizen Litigation Group | Kenneth L. Wainstein |
| 1600 20th Street, N.W. | United States Attorney |
| Washington, D.C. 20009 | |
| (202) 588-1000 | s/ Justin M. Sandberg |
| | Arthur R. Goldberg, D.C. Bar No. 180661 |
| Counsel for Plaintiff | Justin M. Sandberg, IL Bar No. 6278377 |
| | U.S. Department of Justice, Civil Division |
| | Federal Programs Branch |
| | 20 Massachusetts Ave., NW |
| | Washington, DC 20001 |
| | (202) 514-3489 |
| | |
| | Counsel for Defendant |

Dated: